774 A.2d 387

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**John Henry PARTRIDGE.**

**Misc. AG No. 72 Sept. Term, 2000.**

Court of Appeals of Maryland.

June 19, 2001.

## ORDER

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, John Henry Partridge, it is this 19th day of June, 2001,

ORDERED, by the Court of Appeals of Maryland, that John Henry Partridge be and he is hereby reprimanded for misconduct as set forth in the Joint Petition.